B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT
<u>Eastern</u> District of <u>California</u>

In re <u>Dawn Farmer</u>,
        Debtor

Case No. <u>13-31716</u>
Chapter <u>7</u>

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: <u>UNITED CONSUMER FINANCIAL SERV - UCFS   KIRBY CLEANING SYSTEM</u>

2. Amount of the debt subject to this reaffirmation agreement:
   $<u>865.22</u> on the date of bankruptcy    $<u>865.22</u> to be paid under reaffirmation agreement

3. Annual percentage rate of interest: ____% prior to bankruptcy
   <u>0</u> % under reaffirmation agreement ( ✓ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $<u>50.00</u> per month for <u>18</u> months

5. Collateral, if any, securing the debt: Current market value: $<u>865.22</u>
   Description: <u>UCFS - KIRBY CLEANING SYSTEM</u>

6. Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

<u>Debtor's Schedule I and J Entries</u>    <u>Debtor's Income and Expenses as Stated on Reaffirmation Agreement</u>

7A. Total monthly income from $<u>2,932.51</u>    7B. Monthly income from all $<u>2,932.51</u>
    Schedule I, line 16                              sources after payroll deductions

8A. Total monthly expenses $<u>3,089.00</u>    8B. Monthly expenses $<u>3,089.00</u>
    from Schedule J, line 18

9A. Total monthly payments on $<u>0</u>    9B. Total monthly payments on $<u>50.00</u>
    reaffirmed debts not listed on                reaffirmed debts not included in
    Schedule J                                    monthly expenses

                                          10B. Net monthly income $<u>(-159.00)</u>
                                          (Subtract sum of lines 8B and 9B from
                                          line 7B. If total is less than zero, put the
                                          number in brackets.)

Printed with FinePrint trial version - purchase at fineprint.com

B27 (Official Form 27) (12/09)                                                Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):
_____
_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):
_____
_____

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

X _____        X _____
Signature of Debtor (only required if      Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                required if line 11 or 12 is completed)

**Other Information**

☒ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _I am not paying rent and am back to full time work_

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
____Yes        _X_ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
____Yes        _X_ No

**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature
_Schuyler Pursley_
Print/Type Name & Signer's Relation to Case

Printed with FinePrint trial version - purchase at www.fineprint.com

☐ **Presumption of Undue Hardship**
☐ **No Presumption of Undue Hardship**
*(Check box as directed in Part D: Debtor's Statement in Support of Reaffirmation Agreement.)*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re<br>Dawn Farmer<br><br>Debtor(s). | Bankruptcy Case No.: 13-31716<br><br>DC No. *(See Local Rule 9014-1( c ))*: |
|---|---|
| **Creditor Name and Address:**<br>UNITED CONSUMER FINANCIAL SERV - UCFS<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712 | **Account No.** *(last 4 digits only)* or Description of Collateral:<br>KIRBY CLEANING SYSTEM<br>****9632 |
| ☐ *[Check this box if]* Creditor is a credit union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act | Date agreement made: |
| Did an attorney represent the Debtor(s) in negotiating this agreement?    Yes ☐    No ☐ | |

## REAFFIRMATION AGREEMENT
*[Indicate all document(s) included in this filing by checking each applicable box.]*

☑ Part A: Disclosures, Instructions, and Notice to Debtor (Pages 1 - 5)
☑ Part B: Reaffirmation Agreement
☑ Part C: Certification by Debtor's Attorney
☑ Part D: Debtor's Statement in Support of Reaffirmation Agreement
☐ Part E: Motion for Court Approval of Reaffirmation Agreement

*[NOTE: Complete Part E only if debtor was not represented by an attorney during the course of negotiating this agreement. NOTE ALSO: If you complete Part E, you must prepare and file Form 240B, Order on Reaffirmation Agreement.]*

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

**1. DISCLOSURE STATEMENT**

*Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:*

**SUMMARY OF REAFFIRMATION AGREEMENT**

This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**

The amount of debt you have agreed to reaffirm:    $ 865.22

*The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have accrued as of the date of this disclosure. Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure. Consult your credit agreement.*

Printed with FinePrint trial version - purchase at www.fineprint.com

## ANNUAL PERCENTAGE RATE

*[The annual percentage rate can be disclosed in different ways, depending on the type of debt.]*

a.  If the debt is an extension of "credit" under an "open end credit plan," as those terms are defined in § 103 of the Truth in Lending Act, such as a credit card, the creditor may disclose the annual percentage rate shown in (i) below or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

   (i)  The Annual Percentage Rate disclosed, or that would have been disclosed, to the debtor in the most recent periodic statement prior to entering into the reaffirmation agreement described in Part B below or, if no such periodic statement was given to the debtor during the prior six months, the annual percentage rate as it would have been so disclosed at the time of the disclosure statement: _____ %.

   — And/Or —

   (ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: ___0___ %. If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:

   | $ | @ | % |
   |---|---|---|
   | $ | @ | % |
   | $ | @ | % |

b.  If the debt is an extension of credit other than under than an open end credit plan, the creditor may disclose the annual percentage rate shown in (i) below, or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

   (i)  The Annual Percentage Rate under §128(a)(4) of the Truth in Lending Act, as disclosed to the debtor in the most recent disclosure statement given to the debtor prior to entering into the reaffirmation agreement with respect to the debt or, if no such disclosure statement was given to the debtor, the annual percentage rate as it would have been so disclosed: _____ %.

   — And/Or —

   (ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: ___0___ %. If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:

   | $ | @ | % |
   |---|---|---|
   | $ | @ | % |
   | $ | @ | % |

Printed with FinePrint trial version - purchase at www.fineprint.com

10/25/2013 4:19:18 PM
Case 13-31716   Filed 10/29/13   Doc 18
From:7 PARK CENTER DR.                    9169270772                  10/25/2013 16:18       #071 P.006/013

10-16-'13 13:17 FROM-Bass & Associates      520-577-1546              T-748 P0006/0013 F-743

c. If the underlying debt transaction was disclosed as a variable rate transaction on the most recent disclosure given under the Truth in Lending Act:

The interest rate on your loan may be a variable interest rate which changes from time to time, so that the annual percentage rate disclosed here may be higher or lower.

d. If the reaffirmed debt is secured by a security interest or lien, which has not been waived or determined to be void by a final order of the court, the following items or types of items of the debtor's goods or property remain subject to such security interest or lien in connection with the debt or debts being reaffirmed in the reaffirmation agreement described in Part B.

| Item or Type of Item | Original Purchase Price or Original Amount of Loan |
|---|---|
| UCFS - KIRBY CLEANING SYSTEM | 865.22 |

*Optional*—*At the election of the creditor, a repayment schedule using one or a combination of the following may be provided:*

## REPAYMENT SCHEDULE

Your first payment in the amount of $_____ is due on _____(date), but the future payment amount may be different. Consult your reaffirmation agreement or credit agreement, as applicable.

---Or---

Your payment schedule will be: __18__ (number) payments in the amount of $__50.00__ each, payable (monthly, annually, weekly, etc.) on the __20__ (day) of each __month__ ( week, month, etc.), unless altered later by mutual agreement in writing. beginning 2/20/14.

---Or--- TO: Bass & Associates

A reasonably specific description of the debtor's repayment obligations to the extent known by the creditor or creditor's representative.

Printed with FinePrint trial version - purchase at www.fineprint.com

10/25/2013 4:19:18 PM
Case 13-31716    Filed 10/29/13    Doc 18
From:7 PARK CENTER DR.                 9169270772              10/25/2013 16:18        #071 P.007/013

10-16-'13 13:17 FROM-Bass & Associates     520-577-1546            T-748 P0007/0013 F-743

## 2. INSTRUCTIONS AND NOTICE TO DEBTOR

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps are not completed, the reaffirmation agreement is not effective, even though you have signed it.

- ❶ Read the disclosures in this Part A carefully. Consider the decision to reaffirm carefully. Then, if you want to reaffirm, sign the reaffirmation agreement in Part B (or you may use a separate agreement you and your creditor agree on).

- ❷ Complete and sign Part D and be sure you can afford to make the payments you are agreeing to make and have received a copy of the disclosure statement and a completed and signed reaffirmation agreement.

- ❸ If you were represented by an attorney during the negotiation of your reaffirmation agreement, the attorney must have signed the certification in Part C.

- ❹ If you were not represented by an attorney during the negotiation of your reaffirmation agreement, you must have completed and signed Part E.

- ❺ The original of this disclosure must be filed with the court by you or your creditor. If a separate reaffirmation agreement (other than the one in Part B) has been signed, it must be attached.

- ❻ <u>If the creditor is not a Credit Union</u> and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship as explained in Part D. <u>If the creditor is a Credit Union</u> and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court.

- ❼ If you were not represented by an attorney during the negotiation of your reaffirmation agreement, it will not be effective unless the court approves it. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing in bankruptcy court where the judge will review your reaffirmation agreement. The bankruptcy court must approve your reaffirmation agreement as consistent with your best interests, except that no court approval is required if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home.

Printed with FinePrint trial version - purchase at www.fineprint.com

## YOUR RIGHT TO RESCIND (CANCEL) YOUR REAFFIRMATION AGREEMENT

You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters a discharge order, or before the expiration of the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled).

**Frequently Asked Questions:**

1. <u>What are your obligations if you reaffirm the debt?</u>

   A reaffirmed debt remains your personal legal obligation. It is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Otherwise, your obligations will be determined by the reaffirmation agreement which may have changed the terms of the original agreement. For example, if you are reaffirming an open end credit agreement, the creditor may be permitted by that agreement or applicable law to change the terms of that agreement in the future under certain conditions.

2. <u>Are you required to enter into a reaffirmation agreement by any law?</u>

   No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments you agree to make.

3. <u>What if your creditor has a security interest or lien?</u>

   Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage or security deed. Even if you do not reaffirm and your personal liability on the debt is discharged, because of the lien your creditor may still have the right to take the security property if you do not pay the debt or default on it. If the lien is on an item of personal property that is exempt under your State's law or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the security property, as agreed by the parties or determined by the court.

   **NOTE:** When this disclosure refers to what a creditor "may" do, it does not use the word "may" to give the creditor specific permission. The word "may" is used to tell you what might occur if the law permits the creditor to take the action. If you have questions about your reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement reaffirming a debt. If you don't have an attorney helping you, the judge will explain the effect of your reaffirming a debt when the hearing on the reaffirmation agreement is held.

Form 240A - Reaffirmation Agreement (01/07)                         Page 5 of 9

Printed with FinePrint trial version - purchase at www.fineprint.com

10/25/2013 4:19:18 PM
Case 13-31716    Filed 10/29/13    Doc 18
From:7 PARK CENTER DR.        9169270772        10/25/2013 16:18    #071 P.009/013

10-16-'13 13:17 FROM-Bass & Associates    520-577-1546    T-748 P0009/0013 F-743

## PART B: REAFFIRMATION AGREEMENT

I (we) agree to reaffirm the debts arising under the credit agreement described below.

1. Brief description of credit agreement:

    Revolving credit, granting a purchase money security interest in items purchased on this account,

2. Description of any changes to the credit agreement made as part of this reaffirmation agreement:

    Interest rate reduced to (0) %.
    Payment provisions changed.

**SIGNATURE(S):**

**Borrower:**

*DAWN FARMER*
(Print Name)

X *Dawn Farmer*
(Signature)

Date: 10/17/13

**Co-borrower**, if also reaffirming these debts:

_____
(Print Name)

_____
(Signature)

Date: _____

**Accepted by creditor:**

UNITED CONSUMER FINANCIAL SERV - UCFS KII
(Printed Name of Creditor)

C/O Bass & Associates, P.C.
(Address of Creditor)

3936 E. Ft. Lowell Rd. Suite 200
(Address of Creditor)

Tucson, AZ 85712
(Address of Creditor)

*[signature]*
(Signature)

Jennifer Pursley
(Printed Name and Title of Individual Signing for Creditor)

Date of creditor acceptance: 10/29/13

Form 240A - Reaffirmation Agreement (01/07)    Page 6 of 9

Printed with FinePrint trial version - purchase at www.fineprint.com

## PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*[To be filed only if the attorney represented the debtor in negotiating the reaffirmation agreement.]*

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Printed Name of Debtor's Attorney: _____N/A_____

Signature of Debtor's Attorney: _____N/A_____

Date: _____

Form 240A - Reaffirmation Agreement (01/07)                                           Page 7 of 9

Printed with FinePrint trial version - purchase at www.fineprint.com

## PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

*[Read and complete numbered sections 1 and 2, OR, if the creditor is a Credit Union and the debtor is represented by an attorney, read section 3. Sign the appropriate signature line(s) and date your signature. If you complete sections 1 and 2 AND your income less monthly expenses does not leave enough to make the payments under this reaffirmation agreement, check the box at the top of page 1 indicating "Presumption of Undue Hardship." Otherwise, check the box at the top of page 1 indicating "No Presumption of Undue Hardship."]*

1. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or me. I can afford to make the payments on the reaffirmed debt because my monthly income (take home pay plus any other income received) is $ 2,932.57, and my actual current monthly expenses including monthly payments on post-bankruptcy debt and other reaffirmation agreements total $ -0- , leaving $_____ to make the required payments on this reaffirmed debt.

   I understand that if my income less my monthly expenses does not leave enough to make the payments, this reaffirmation agreement is presumed to be an undue hardship on me and must be reviewed by the Court. However, this presumption may be overcome if I explain to the satisfaction of the Court how I can afford to make the payments here:

   **Use an additional page if needed for a full explanation.**

2. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

   Signed: X _____
   (Debtor)

   _____
   (Joint Debtor, if any)

   Date: X 10-22-13

   — Or —
   *[If the creditor is a Credit Union and the debtor(s) is (are) represented by an attorney]*

3. I believe this reaffirmation agreement is in my financial interest. I can afford to make the payments on the reaffirmed debt. I received a copy of the disclosure statement in Part A and a completed and signed reaffirmation agreement.

   Signed: _____
   (Debtor)

   _____
   (Joint Debtor, if any)

   Date: _____

Form 240A  -  Reaffirmation Agreement (01/07)                                                    Page 8 of 9

Printed with FinePrint trial version - purchase at www.fineprint.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re<br>Dawn Farmer<br><br>Debtor(s). | Bankruptcy Case No.: 13-31716<br><br>DC No. *(See Local Rule 9014-1( c ))*: |
|---|---|
| **Creditor Name and Address:**<br>UNITED CONSUMER FINANCIAL SERV - UCFS<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712 | Account No. *(last 4 digits only)* or Description of<br>KIRBY CLEANING SYSTEM<br>****9632 |

### PART E: MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT
*[To be completed and filed only if the debtor(s) is (are) not represented by an attorney in negotiating the reaffirmation agreement.]*

I (We), the debtor(s), affirm the following to be true and correct:

I (We) am (are) not represented by an attorney in connection with this reaffirmation agreement.

I (We) believe this reaffirmation agreement is in my (our) best interest based on the income and expenses I (we) have disclosed in my (our) Statement in Support of this reaffirmation agreement, and because *(provide any additional relevant reasons the Court should consider)*:

Therefore, I (we) ask the Court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income)

Signed: X _Dawn Farmer_
(Debtor)

_____
(Joint Debtor, if any)

Date: X 10-17-13

Form 240A - Reaffirmation Agreement (01/07)    Page 9 of 9

Printed with FinePrint trial version - purchase at www.fineprint.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re<br>Dawn Farmer<br><br>Debtor(s). | Bankruptcy Case No.: 13-31716<br><br>DC No. *(See Local Rule 9014-1(c))*: |
|---|---|
| Creditor Name and Address:<br>UNITED CONSUMER FINANCIAL SERV - UCFS<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712 | Account No. *(last 4 digits only)* or Description of Collateral: KIRBY CLEANING SYSTEM<br>****9632 |

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) _____ has (have) filed a motion for approval
                  *(Name(s) of debtor(s))*
of the reaffirmation agreement dated _____ made between the debtor(s)
                                           *(Date of agreement)*
and _____. The Court held the hearing required by 11 U.S.C. § 524(d) on notice
        *(Name of creditor)*
to the debtor(s) and the creditor on _____.
                                              *(Date)*

**IT IS ORDERED:**

☐ The Court grants the debtor's(s') motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The Court grants the debtor's(s') motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☐ The Court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The Court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The Court does not approve the reaffirmation agreement.

Date: _____

                                   BY THE COURT


                                   _____
                                   *United States Bankruptcy Judge*

Printed with FinePrint trial version - purchase at www.fineprint.com

07/23/2011 SAT 09:02 FAX 17075261139   GILCO DISTRIBUTORS INC   →→→ UCFS 18006316600   ☒001

**CREDIT APPLICATION - UNITED CONSUMER FINANCIAL SERVICES**   UCFS # 7953

IF I AM MARRIED, I MAY APPLY FOR A SEPARATE ACCOUNT.

TYPE OF CREDIT REQUESTED:   JOINT WITH ANOTHER PERSON; COMPLETE BOTH BUYER INFORMATION SECTIONS.
(CHECK APPROPRIATE BOX)   INDIVIDUAL - IN YOUR OWN NAME, RELYING ON YOUR OWN INCOME.

### BUYER #1 INFORMATION

| FIRST NAME | INITIAL | LAST NAME | BIRTHDATE | EMPLOYER (SOURCE OF INCOME) | YRS. THERE | MLIT | RX & ETS |
|---|---|---|---|---|---|---|---|
| Dawn | L | Farmer | | Sonoma Developmental | | | |

STREET ADDRESS: Sonoma Glen Circle
YEARS THERE: | EMPLOYER ADDRESS (CITY, STATE): Southgold Dr Glen Ellen | $2 27

CITY, STATE: Glen Ellen CA
ZIP: 95442 | JOB TITLE: Psych Tech | EMPLOYER PHONE: -6000

MAILING ADDRESS: | CITY, STATE: | ZIP: | PREVIOUS EMPLOYER:

BUYING / RENTING / OWNS / OTHER   HOUSE/CONDO   APT/MOBILE
HOME PHONE & AREA CODE: -6426   SOCIAL SECURITY NUMBER: -0597   # DEPENDENTS:   YOUR E-MAIL ADDRESS: @yahoo.com

PREVIOUS ADDRESS: | DRIVERS LICENSE #: 2980 | CELL PHONE NUMBER: (707) 933-6426

### BUYER #2 INFORMATION

(blank)

### REFERENCES

| LANDLORD OR MORTGAGE HOLDER | PROPERTY VALUE | ACCT #/PHONE #/ADDRESS OF REFERENCE | MO. PMT. | PRE. BAL. |
|---|---|---|---|---|
| Caroline Matz | | | $1400.00 | |
| (1) CREDIT REFERENCE | | | $ | $ |
| (2) CREDIT REFERENCE | | | $ | $ |

CHECKING ACCT: YES / NO   BANK NAME & ADDRESS: Redwood Credit Union   SAVINGS ACCT: YES / NO   HAVE YOU BEEN DECLARED BANKRUPT PAST 7 YEARS?

(1) NAME & ADDRESS OF RELATIVE NOT LIVING WITH YOU: Danyle Adams   RELATIVE'S PHONE: 6213
(2) NAME & ADDRESS OF PERSONAL REFERENCE: Tracy Farmer   REFERENCE'S PHONE: -7102

TO THE BEST OF MY KNOWLEDGE, ALL OF THE INFORMATION ON THIS CREDIT APPLICATION IS COMPLETE AND ACCURATE. I AUTHORIZE THE SELLER OR ANY ASSIGNEE (INCLUDING, BUT NOT LIMITED TO, UNITED CONSUMER FINANCIAL SERVICES) TO MAKE WHATEVER INQUIRIES THEY DEEM NECESSARY TO EVALUATE MY CREDIT AND IF THEY EXTEND CREDIT TO COLLECT, SKIP TRACE OR SERVICE MY ACCOUNT. I EXPRESSLY AUTHORIZE ANY THIRD PARTY (I.E., CREDIT REPORTING AGENCY, CREDITOR, BANK OR FINANCIAL INSTITUTION, EMPLOYER, LANDLORD, ETC.) TO RELEASE WHATEVER INFORMATION IS REQUESTED CONCERNING ME THAT THE SELLER OR ITS ASSIGNEE MAY REQUEST. FOR THESE PURPOSES, IF A CREDIT REPORT IS OBTAINED BY AN ASSIGNEE, I AUTHORIZE THE ASSIGNEE TO SHARE INFORMATION IN THAT REPORT WITH THE SELLER.

SEE THE REVERSE SIDE FOR ANY REQUIRED LEGAL NOTIFICATIONS.

BUYER #1 SIGNATURE: Dawn L Farmer   DATE: 7/22/11   BUYER #2 SIGNATURE: _____   DATE: _____

BEST TIME OF DAY TO CONTACT BUYER AT HOME: After 1pm   AM/PM   CK TO VERIFY AT WORK? YES / NO

UCFS ACCOUNT NO: 9632

### AUTHORIZATION FOR PREAUTHORIZED PAYMENTS
(See preauthorized debit information/instructions on reverse side)

Sign here if you authorize United Consumer Financial Services (UCFS) to begin _____ (total # of pmts) monthly electronic funds transfers (EFT Debits) of equal amounts to automatically make all payments required under the credit obligation associated with this credit application and preauthorized payment authorization not to exceed $_____ (monthly pmt amt). Please attach a VOIDED CHECK so that we can record the correct banking information.

This authority is to remain in full force and effect until UCFS is paid in full, or UCFS and/or Bank/Financial Institution have received written notification from me of its termination at such time and in such manner as to afford UCFS and Bank/Financial Institution reasonable opportunity to act on it.

BUYER #1 SIGNATURE: _____   BUYER #2 SIGNATURE: _____

If you have any questions, please write or call UCFS at 865 Bassett Rd., Westlake, Ohio 44145 (1-800-346-8237).

JUL-23-2011 SAT 12:25 PM 17075261139   P. 01

CALL INSTANT CREDIT NOW @ 1-800-222-8237

07/23/2011 SAT 09:03 FAX 17075251139   GILCO DISTRIBUTORS INC → UCFS 18006318800   ☒002

H.O. COPY

## RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT

Seller: Gilco Distributors, INC #503
1800 Empire Industrial CT.
Santa Rosa, CA    95403

Name of Buyer: Dawn L. Farmer
Address: 1611 Sonoma Glen Circle
City: Glen Ellen   State: CALIFORNIA   Zip: 95442

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

UNITED CONSUMER FINANCIAL SERVICES COMPANY
Sale is subject to credit approval.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This contract covers your installment purchase from us of the following property:

**PROPERTY**

MODEL: 2110100326 SENTRIA          $ 15__
Serial No. 2110100326
☒ Basic  ☒ Shampooer
☒ Zipp Brush  ☒ (illegible)           $ 6__

Selling Price $ 18 0__
Sales Tax    $ 1 4__

ITEMIZATION OF AMOUNT FINANCED
1. CASH PRICE (TOTAL of all property above)   $ 1944
2. CASH DOWNPAYMENT                           $ 104
3. TRADE-IN  VAC/Carpet                        $ (illegible)
4. TOTAL DOWNPAYMENT (Item 2 plus 3)          $ 104
5. UNPAID BALANCE/AMOUNT FINANCED              $ 1840
   (Item 1 less 4)

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| $1840 | $689.00 | 21.98% | $2529.00 | $2633.00 |

Your payment schedule will be:
| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | $70.25 | Starting: 8/22/11 |

The first installment is due one month from the date of this Contract unless otherwise specified.

Late Charge: If any payment is 10 calendar days or more late, you agree to pay a late charge of $10.00.

Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.

Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.

NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a copy of this agreement. (3) You can prepay the full amount due under this agreement at any time and obtain a partial refund of the finance charge if it is $1 or more. ...

YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS.

Buyer Signature: Dawn L. Farmer    Date: 7/22/11
Seller Signature: (signed)           Title: Dealer Rep.

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

NOTICE OF CANCELLATION    7/22/11

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

Gilco Distributors, INC   at ADDRESS 1800 Empire Industrial CT.
City Santa Rosa   State CA   Zip 95403   NOT LATER THAN MIDNIGHT OF 7/26/11

I HEREBY CANCEL THIS TRANSACTION _____

RIS-CA (08/07) ©1998 - 2007 United Consumer Finance Services Company All rights reserved

P. 02

JUL-23-2011 SAT 12:25 PM 17075251139